**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Peggy Connor, on behalf of herself and all other persons
similarly situated, known and unknown,
vs.
Leona's Pizzaria, Inc., Leon Toia, and Salvatore Toia

Case Number:

**FILED**

**JANUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**

**08 C 447**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| **NAME** (Type or print)<br>Douglas M. Werman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/  Douglas M. Werman | |
| **FIRM**<br>Werman Law Office, P.C. | |
| **STREET ADDRESS**<br>77 W. Washington Street, Suite 1402 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6204740 | **TELEPHONE NUMBER**<br>312-419-1008 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐