IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEGGY CONNOR, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>LEONA'S PIZZARIA, INC., LEON TOIA, and SALVATORE TOIA,<br><br>    Defendants. | Case No. 08 C 447<br><br>Judge Gottschall |

## PLAINTIFF'S STIPULATION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Peggy Connor respectfully requests that this case be voluntarily dismissed in its entirety *without* prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: February 15, 2008

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC #6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Notice of Plaintiff's Stipulation for Voluntary Dismissal Without Prejudice** was served via regular U.S. mail on February 15, 2008 on:

Jane Anderson
Anderson & Moore, P.C.
111 W. Washington St., Ste. 1100
Chicago, IL 60602

s/Douglas M. Werman
Douglas M. Werman