IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEGGY CONNOR, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEONA'S PIZZARIA, INC., LEON TOIA, and SALVATORE TOIA,<br><br>　　　　Defendants. | Case No.  08 C 447<br><br>Judge Gottschall |

## NOTICE OF FILING

TO:　　Jane Anderson
　　　　Anderson & Moore, P.C.
　　　　111 W. Washington St., Ste. 1100
　　　　Chicago, IL  60602

**PLEASE TAKE NOTICE** that on February 15, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Stipulation for Voluntary Dismissal Without Prejudice**, a copy of which is attached hereto and is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 15, 2008

　　　　　　　　　　　　　　　　　　　　　　s/Douglas M. Werman
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS M. WERMAN(#6204740)
　　　　　　　　　　　　　　　　　　　　　　MAUREEN A. BANTZ (#6289000)
　　　　　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　312-419-1008
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs