# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Peggy Connor

                        Plaintiff,

v.                                             Case No.: 1:08−cv−00447
                                                   Honorable Joan B. Gottschall

Leona's Pizzaria, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Pursuant to Plaintiff's Stipulation for Voluntary Dismissal Without Prejudice [7], this case is dismissed in its entirety without prejudice pursuant to Rule 41(a)(1)(ii) of the FRCP. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.